[No. 69560-6-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY HUYNH, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00512-6, Susan K. Cook, J., entered October 17, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Trickey, JJ.

[No. 70841-4-I.   Division One.   April 20, 2015.]

QUANG NGUYEN, *Petitioner*, v. THE PORT OF SEATTLE POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30831-4, Catherine D. Shaffer, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 71004-4-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER R. DABALOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10749-0, Jay V. White, J., entered September 16, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71111-3-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WYATT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05287-1, Jay V. White, J., entered October 25, 2013. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.